Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

_____ Division

Quitman, Youngblood
Plaintiff(s)

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Grycon
Defendant(s)

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☒ Yes   ☐ No

FILED BY ____ D.C.

JUL 02 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Quitman Youngblood
Address: 1930 SW 81 Ave apt 205
N Lauderdale, FL 33068
City / State / Zip Code
County: United State
Telephone Number: 954-448-3602
E-Mail Address: quitmanyoungblood@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: GRYCON / ~~[struck through]~~ Patrick, Kibbler
Job or Title (if known): CEO
Address: 4140 Raven's Wood RD
Dania, FL 33312
City / State / Zip Code
County:
Telephone Number:
E-Mail Address (if known):

☐ Individual capacity  ☐ Official capacity

Defendant No. 2
Name: Grycon / Larry, Kibbler
Job or Title (if known): C.E.O
Address: 4140 Raven's Wood RD
Dania, FL 33312
City / State / Zip Code
County: United States
Telephone Number: 954 626-0451
E-Mail Address (if known): N/A

☐ Individual capacity  ☐ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3
    Name _____
    Job or Title *(if known)* _____
    Address _____
    _____
    *City*          *State*          *Zip Code*
    County _____
    Telephone Number _____
    E-Mail Address *(if known)* _____

    [ ] Individual capacity     [ ] Official capacity

Defendant No. 4
    Name _____
    Job or Title *(if known)* _____
    Address _____
    _____
    *City*          *State*          *Zip Code*
    County _____
    Telephone Number _____
    E-Mail Address *(if known)* _____

    [ ] Individual capacity     [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.  Are you bringing suit against *(check all that apply)*:

    [ ] Federal officials (a *Bivens* claim)

    [ ] State or local officials (a § 1983 claim)
            N/A

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

    _____

C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  Where did the events giving rise to your claim(s) occur? I Began working at Nova College threw a agency sickled staffing until I was hired a month after with grycon construction Jico.

B.  What date and approximate time did the events giving rise to your claim(s) occur? These events took place from sept 2017 threw sept 2019.

C.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I suffer from deppression sometime's drug addiction. I take medication for deppression since I have been working for grycon, from years of hobering, these things I been threw and I am now being evaluated for SSK, For mental health since depature my mental health hasn't been normal.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I am currently recioving LTD insurance that has a 24, month Policie. It also state's a LTD Life Time Disability. I am in no way mentally able to work I have to better myself and my health before I am able to work I would like my Insurance to continue after April 17, 2022 and compensated for the night difference for sunken building project, Also for atleast 3 to four month's of back pay for night difference for NSU medical library. I wasn't compensated for 2year's for milege only given gas. 3 sometime 4 time's a week Home depot buying chemical's and thing's we needed to make the job site safe and clean there thing's. that wasn't said to Labor employee's thing's that were changed without allowing employees to know Lucky I read and I was able to protect my right's I swear before god everything on the charge of discrimination is true these are thing's that were not filled with eeoc.. The Amount is regoorble is more about my well being and health.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 07-02-2021

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: Qutman, Youngblood

### B. For Attorneys

Date of signing: N/A

Signature of Attorney:
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Address: 1930 SW 81 Ave Apt 205
N Lauderdale, FL 33068
Telephone Number:
E-mail Address:

EEOC Form 5 (5/01)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

Charge Presented to:    Agency(ies) Charge No(s):
X EEOC
X FEPA (FCHR)

EEOC – U.S. Equal Employment Opportunity Commission and
FCHR – Florida Commission on Human Relations,
*State or local Agency, if any*

| Name (*indicate Mr. Ms. Mrs.*) Mr. Quitman Youngblood | Home Phone (Incl. Area Code) (954)448-3602 | Date of Birth 04/01/1984 |
|---|---|---|
| Street Address 1930 N Lauderdale ave apt 205 | City, State and ZIP Code N Lauderdale, Florida 33068 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name GryCon LLC | No. Employees, Members 15+ | Phone No. (Include Area Code) (305) 385-8046 |
|---|---|---|
| Street Address 4101 Ravenswood Road, Suite 325 | City, State and ZIP Code Dania Beach FL 33312 | |

DISCRIMINATION BASED ON (*Check appropriate box(es).*)

X RACE   X COLOR   __ SEX   __ RELIGION   __ NATIONAL ORIGIN

X RETALIATION   __ AGE   X DISABILITY   X OTHER (failure to accommodate)

DATE(S) DISCRIMINATION TOOK PLACE

Earliest: 2019    Latest: Jan. 17, 2020

___ CONTINUING ACTION

THE PARTICULARS ARE (*If additional paper is needed, attached extra sheet(s)*): I am a Black person with a disability or perceived disability. I was employed by the Defendant as a laborer from on or about September 2017 through January 17, 2020. At all times of my employment, I was qualified for the position. I suffer from kidney failure and have diabetes. These conditions cause me to have fatigue My employer and supervisors are aware of my condition and the limitations that it causes including fatigue, nausea and sometimes dizziness. Since I started working with Mr. Gregory Vienot (White, Caucasian) I have been subjected to discriminatory treatment by several supervisors. Specifically, Mr. Devin Furlong (White, Caucasian) often made disparaging comments about Blacks and made racist jokes that made me feel uncomfortable. Another supervisor, Mr. Mark Inhuf (White, Caucasian) also made disparaging comments about Blacks and in one occasion called me the n-word. I complained to Chris Kibbler, one of the owners of the company. Thereafter, Kibler spoke to Furlong regarding his comments. Thereafter, my work environment got more hostile. Specifically, I noticed that my duties were being changed. Specifically, Mr. Vienot started assigning me more work and giving me assignments that were not part of my regular duties. For example, I was often assigned work chipping concrete. Mr. Vienot would assign work and not provide me with the proper tools such as masks and water. I complained about the workload to supervisor Javier (LNU). I explained to him that due to my condition, the workload that I had was excessive. I advised him that I was tired, didn't feel well and needed breaks. I requested that certain assignments were not given to me due to my limitation and I also explained that some days I was severely fatigued and unable to work after performing these tasks. However, the accommodations were not respected. In May 2019, I was given a written reprimand for missing work.

On or about January 17, 2020, without any other warning, I was terminated for allegedly missing work. However, I believe that is a pretextual reason because although I did miss some days it was due to the Company's failure to accommodate me. Other non-Black non-disabled employees were allowed to miss work without discipline. Throughout my employment I performed my job in a satisfactory or above satisfactory level. I believe I was denied reasonable accommodations and terminated from my position because of my disability in violation of the Americans with Disabilities Act Amendments Act of 2008 the Florida Civil Rights Act, and local laws. Any reason proffered by my employer for the adverse employment actions is mere pretext for unlawful discrimination and retaliation in violation of Title VII, the Florida Civil Rights Act and local laws.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. 06/18/2020 *Date*     *Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLANANT SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*) |

African American with disabilities forgive hand writing

Quitman, Youngblood

From sept 2017 - Jan 17, 2020. I was a employee for Grycon construction, to my knowledge with my physical condition I feel as If I forfilled all duties given and succeeded with ever task I was put up against. I started working with grycon threw a skilled staffing agencie. I was always supervised under Devin furlong. Over the year period time working under skilled staffing hired by grycon. I endoured lots of black Joke's from mr devin but my heart is very forgiven so I looked pass negative comments and look at him as a confused Human being that does care for me. There were other African american's I can Have to testify on my behalf of black Joke's, sedrick Bowen. And Neimiah field's also two African American's who worked for grycon or threw 3rd party skilled staffing. I was on house arrest when I stated working for grycon threw 3rd party so that's part of my reason

for enduring the racist remark's or belittling comment's. towards the end of the wisdom villige project I became sick any kidneys failed so I was unable to work from Jan until April. At this time I was hired back throw 3rd party to work for grycon under mangmet of owner khris kibbler. I started off working at lehman pipe from that point I was transfered to Nova college where I would spend the next 2½ year's working. I would now be working under superintent. devin furlong. I would now be oversing 3 different pobect's with scedule change at any moment from day to night without pay for night differental. I would use my personal vihicle to run truck and fourth to home depot pick up lonch 3/4 time's weekly at time's. I would use my personal vichicle to travel back and farth to different Job location's I was not notified for 2 year's about insurance for using personal vichicle and I was if payed for miley. I was only able to use the company card for gas. Right is Right

wrong is wrong I was payed pto day's for being baker act. I issued a copy of medical stay notice that was it never did I say to any employee anything about being watched this is what I had to go threw for 2 years because I was baker act and han. Devin never knew the real reason. He will say anything to make a Joke or a to try to be funny not realizing what he's saying and making other's belive this it's clear as day in writing.

Exhibit #1 - Discriminated on because of my dsabilitie and mental illness.

Exhbit #2 - 2 years using my vehicle for company buissness I wasn't notified of company suppose to keep up with my liscense and provide additionl insurance to cover me.

Exhibit #3 - 2 years using my vehicle for company buisness I was never compansated for miledge for running back and fourth to Home Depot sometimes 2 to 4x a week for Cleaning prodect and thing's that were needed to keep Sod site safe.

Exhbit #4 Not treated fairlly my scoudule Changed awthout differental pay I work night's at NSU libary for renovation's. I also worked night at Sunken building for 2 month's with no differental pay.

Exhibit #5 - I was forced to work in a tiny space to strip old wood and grind down walls I was exposed to dust in a area unfit for anybody to work inside to this day my health isn't the same it has gotten to the point that it has cause mental illness. Because after this I was fired 2 week's after

 Northwestern Mutual®

May 17, 2021

**Group Insurance Administration**

Quitman Youngblood
1930 SW 81st Ave., Apt. 205
N. Lauderdale, GL 33068

Post Office Box 2177
Portland, OR 97208-2177
P 800.378.4665
F 800.378.4573

Re:  Long Term Disability
     Group Policy No:   702518
     Claim No:          00324728

Dear Mr. Youngblood:

This letter is regarding your claim for Long Term Disability (LTD) benefits. Please read this entire letter, keep a copy for your records, and complete, sign, date, and return the enclosed forms to our office by **June 15, 2021**. If we do not receive these completed forms in our office by **June 15, 2021**, your claim will close based on the Proof Of Loss and Documentation provisions of the Group LTD Policy.

This letter covers the following issues to ensure you are compliant with all policy provision requirements:

- We received the Electronic Funds Transfer (EFT) form so that your LTD benefit can be directly deposited; however, you need to send us a voided check that has your name on the account, the routing number, and account number that matches what you indicated on the EFT form. This is needed before we can set you up for direct deposit of your LTD benefit payment.

- We understand that you have received Social Security Income (SSI); however, the information in the claim file indicates you are eligible to receive Social Security Disability (SSD) benefits. Under the Policy you are required to properly pursue SSD benefits (Other Income). As stated in our approval letter to you in April 2021, we referred your case to our vendor, Allsup to assist you in the pursuit of SSD benefits; however, Allsup advised us that you reported you were denied for SSD benefits because you did not have enough working years to qualify for SSD benefits. This is to advise you that you must submit to our office a complete copy of the Denial Notice from Social Security confirming in writing that you are not eligible for SSD due to not enough working quarters, or you can provide proof that you have applied for SSD and are pursuing such benefits. Such proof should include any and all notices from Social Security documenting your application for SSD. You must pursue SSD benefits through at least 3 levels to be in compliance with the Policy. Those levels include: 1. Initial application for SSD, and if denied; 2. Applied for Reconsideration for SSD, and if denied; 3. Request for Hearing for SSD. If we do not receive proof of SSD denial or SSD application confirmation by **June 15, 2021**, we will estimate, deduct, and calculate an overpayment on your LTD claim based on SSD benefits you would be qualified to receive.